No. 64852.—Atlas Fibers Company, Inc. *v.* United States, protest 60/4003 (New York).

Opinion by RICHARDSON, J.    The protest was dismissed.

BEFORE THE FIRST DIVISION, NOVEMBER 10, 1960

No. 64853.—Joseph Markovits, Inc., et al. *v.* United States, protests 59/4803, etc. (New York).

Opinion by OLIVER, C. J.    In accordance with stipulation of counsel that the merchandise consists of beads the same in all material respects as those the subject of *United States* v. *S. H. Kress & Co.* (46 C.C.P.A. 135, C.A.D. 716), the claim of the plaintiffs was sustained.

BEFORE THE THIRD DIVISION, NOVEMBER 10, 1960

No. 64854.—Justin Tharaud & Son, Inc., and J. J. Murphy & Co. *v.* United States, protests 161750–K, etc. (New York).

Opinion by JOHNSON, J.    In accordance with stipulation of counsel that the merchandise consists of Rockingham earthenware similar in all material respects to that the subject of *Justin Tharaud & Son, Inc., et al.* v. *United States* (44 Cust. Ct. 216, C.D. 2177), the claim of the plaintiffs was sustained.

No. 64855.—Justin Tharaud & Son, Inc., and J. J. Murphy & Co. *v.* United States, protests 219465–K, etc. (New York).

Opinion by JOHNSON, J.    In accordance with stipulation of counsel that the merchandise consists of Rockingham earthenware similar in all material respects to that the subject of *Justin Tharaud & Son, Inc., et al.* v. *United States* (44 Cust. Ct. 216, C.D. 2177), the claim of the plaintiffs was sustained.